IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOWARD IKE**, <br><br> Plaintiff, <br><br> v. <br><br> **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 23-4498-KSM** |

# ORDER

**AND NOW**, this 4th day of September, 2025, upon consideration of Defendant's motion to dismiss (Doc. No. 37), Plaintiff's responses (Doc. Nos. 38, 40), and Defendant's reply (Doc. No. 39), and following oral argument on the motion, it is **ORDERED** that Defendant's motion to dismiss is **DENIED** for the reasons set forth in the accompanying memorandum. Defendant shall file a responsive pleading to Plaintiff's Amended Complaint by September 18, 2025. *See* Fed. R. Civ. P. 12(a)(4).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.